FILED
CLERK, U.S. DISTRICT COURT

AUG 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Daniel Trujillo<br><br>    Defendant. | Case No. CR09-939 GW-75<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.   (✓)   the appearance of the defendant as required; and/or

    B.   (✓)   the safety of any person or the community.

1  The Court concludes that :
2  A. (✓) Defendant failed to present clear and convincing evidence to
3  establish that Defendant is not a risk of flight because:

ALLEGATIONS OF DRUG USE

9  B. (✓) Defendant failed to present clear and convincing evidence to
10  establish that Defendant does not pose a risk to the safety of other
11  persons or the community because:

17  IT IS ORDERED that defendant be detained.

19  DATE: Aug 16, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2