FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Case No.: CR 09-939-GW-75
                Plaintiff,           )
     vs.                              )  ORDER OF DETENTION AFTER HEARING
DANIEL TRUJILLO                     )  [Fed.R.Crim.P. 32.1(a)(6);
                Defendant.           )  18 U.S.C. 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **nature of violations, unknown background and bail information**

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: per prior criminal record and current allegations

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/18/13

CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE

2